

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

James Elwood King Jr.,                         * From the 220th District Court
                                                 of Comanche County,
                                                 Trial Court No. CR-04105.

Vs. No. 11-17-00179-CR                         * July 11, 2019

The State of Texas,                            * Memorandum Opinion by Wright, S.C.J.
                                                 (Panel consists of: Bailey, C.J.,
                                                 Stretcher, J., and Wright, S.C.J.,
                                                 sitting by assignment)
                                                 (Willson, J., not participating)

　　　　This court has inspected the record in this cause and concludes that there is error in the judgment below.   Therefore, in accordance with this court's opinion, we modify the judgment of the trial court to change the "TIME PAYMENT FEE/STATE" from $25.00 to $2.50 and affirm the judgment as modified.